UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>TYSON DONALD DONNEAUD,<br><br>               Defendant. | NO. CR-03-0213-EFS<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

Before the Court, without oral argument, is Defendant Tyson Donneaud's Motion to Modify Conditions of Pretrial Release (Ct. Rec. 30). The Defendant requests that he be allowed to reside in Post Falls, Idaho at his grandparents' house with his girlfriend, Jessica Sublette and that he be allowed to work in Northern Idaho without having to provide daily advance notification. Defendant advises that the Government does not object to these requests; and no response to Defendant's motion was filed by the Government. The assigned U.S. Probation Officer advised the Court that she has no objection to these requests either. Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant Tyson Donneaud's Motion to Modify Conditions of Pretrial Release **(Ct. Rec. 30)** is **GRANTED**. Defendant may reside in Post Falls, Idaho at his grandparents' house with his girlfriend, Jessica

ORDER ~ 1

Sublette.  He is also allowed to work in Northern Idaho without having to provide daily advance notification.  **All other conditions** imposed by the Magistrate's January 6, 2006, Order Granting the Defendant's Motion and Setting Conditions of Release (Ct. Rec. 17) **remain in full force and effect**.

    **IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order and to provide copies to all counsel and the U.S. Probation Office.

    **DATED** this 24th     day of March, 2006.


S/ Edward F. Shea
EDWARD F. SHEA
United States District Judge


Q:\Criminal\2003\0213.modify.release.wpd

ORDER ~ 2